# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL L. BURGOS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-3547 |
| | : | |
| DRC GAUDENZIA, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 1st day of March, 2024, upon consideration of Angel L. Burgos's *pro se* Amended Complaint (ECF Nos. 16, 18), it is **ORDERED** that:

1. The Amended Complaint is dismissed for the reasons stated in the Court's Memorandum as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
**MIA R. PEREZ, J.**